**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Bernard,<br><br>  Plaintiff,<br><br>v.<br><br>Siji Thomas, et al.,<br><br>  Defendants. | No. CV-21-01215-PHX-GMS (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Deadline to File Response to Plaintiff's Motion for "Protective/Restraining Order" (Doc. 81). Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Deadline to File Response to Plaintiff's Motion for "Protective/Restraining Order" (Doc. 81). Defendants shall file their response to Plaintiff's Motion for Protective/Restraining Order (Doc. 75) no later than **September 20, 2022**.

Dated this 14th day of September, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge