**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Bernard, | No. CV-21-01215-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Siji Thomas, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Extend Dispositive Motion Deadline (Doc. 98). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend Dispositive Motion Deadline (Doc. 98).

IT IS FURTHER ORDERED extending the deadline to file a dispositive motion to **January 5, 2023**.

Dated this 7th day of December, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge